# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH W. LOCKARD,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 07-cv-323-JPG** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 02-cr-40066** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Petitioner entered an open plea of guilty to one count of conspiracy to manufacture and distribute methamphetamine, in violation of 21 U.S.C. § 846; he was sentenced to 240 months imprisonment, five years supervised release, a fine of $500, and a special assessment of $100. On appeal, his sentence was affirmed. *United States v. Lockard*, 163 Fed.Appx. 428 (7th Cir. 2006). Petitioner then filed the instant motion under § 2255.

In his motion the Petitioner raises four grounds for relief: (1) trial counsel was ineffective in failing to object to the relevant conduct finding at sentencing; (2) trial counsel was ineffective in failing to challenge the enhancement for possession of a firearm in relation to the drug trafficking offense; (3) trial counsel was ineffective in challenging the enhancement for using a minor in connection with the drug trafficking offense; and (4) appellate counsel was ineffective in failing to challenge the denial of a sentence reduction for acceptance of responsibility.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

Petitioner's motion for the government to respond to this petition (Doc. 5) is now **MOOT**.

**IT IS SO ORDERED.**

**Dated: July 9, 2008.**

                **s/ J. Phil Gilbert**
                **U. S. District Judge**