UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH LOCKARD,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 07-cv-323-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Kenneth Lockard's petition for a writ of *habeas corpus/* motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied; that judgment is entered in favor of respondent United States of America and against petitioner Kenneth Lockard; and that this case is dismissed with prejudice.

**DATED: December 2, 2008**    NORBERT JAWORSKI

    **By:s/Deborah Agans,Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**